

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2014

No. 04-14-00041-CR

Kyle **MILLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR5502
Honorable Pat Priest, Judge Presiding

## O R D E R

On February 14, 2014, Appellant Kyle Miller moved this court to dismiss his court-appointed appellate counsel and allow him to represent himself in this appeal.

On February 20, 2014, we abated this appeal and remanded the cause to the trial court. We ordered the trial court to, inter alia, fully admonish Appellant on the dangers and disadvantages of self-representation, *see Ex parte Davis*, 818 S.W.2d 64, 66–67 (Tex. Crim. App. 1991), and make findings of fact and conclusions of law as to whether Appellant's decision to proceed pro se is knowingly and intelligently made and whether allowing Appellant to proceed pro se on appeal would be in his best interest.

On March 11, 2014, the trial court clerk filed a supplemental clerk's record comprising the trial court's findings of fact and conclusions of law. The trial court found that Appellant was admonished about the dangers of self-representation, Appellant was able to articulate why he sought self-representation, and Appellant believed it was in his best interest to proceed pro se. The trial court also found that Appellant was making a "competent and intelligent choice in choosing to proceed pro se." *See Hubbard v. State*, 739 S.W.2d 341, 345 (Tex. Crim. App. 1987).

Having reviewed the supplemental clerk's and reporter's records, we REINSTATE this appeal on this court's docket. Appellant's motion to dismiss his court-appointed counsel and represent himself in this appeal is GRANTED.

The clerk's and reporter's records are due on April 14, 2014. We ORDER the clerk and court reporter to prepare and deliver a copy of their respective records to Appellant without cost to Appellant. *See* TEX. R. APP. P. 20.2.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2014.



_____
Keith E. Hottle
Clerk of Court